Anna MacDonald, appellee, v. Roy H. MacDonald, defendant, on appeal of A. G. Dicus, appellant. Gen. No. 37,748.

Opinion filed March 29, 1935.

A. G. Dicus, *pro se.* No appearance for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. John Green, defendant in error. Gen. No. 37,784.

Opinion filed April 1, 1935.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Grant C. Osborne v. Robert J. Kroschel et al. William B. Robinson, Jr., appellee. A. G. Dicus and F. W. Fraser, appellants. Gen. No. 37,857.

Opinion filed April 1, 1935.

A. G. Dicus, *pro se.* Edwin Hamilton, for appellant F. W. Fraser. John W. Browning, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

John F. Steil and Frieda Steil, appellees, v. County of Cook, appellant. Gen. No. 37,873.

Desplaines State Bank, appellee, v. County of Cook, appellant. Gen. Nos. 37,874, 37,875.

Opinion filed April 1, 1935.

Gerald R. Gorman and Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham, Gerald R. Gorman, Frank D. Mayer and Miles G. Seeley, of counsel. Lawlor, Walsh & Bernstein, for appellees; Edwin D. Lawlor, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.